| | |
|---|---|
| 1 | HOBSON, BERNARDINO & DAVIS LLP |
|   | RAFAEL BERNARDINO, JR. |
| 2 | rbernardino@hbdlegal.com |
|   | JASON A. HOBSON |
| 3 | jhobson@hbdlegal.com |
|   | 725 South Figueroa Street, Suite 3230 |
| 4 | Los Angeles, CA 90017 |
|   | Telephone:  (213) 235-9190 |
| 5 | Fax: (213) 235-9197 |
| 6 | Attorneys for Plaintiff and the Proposed Class |
|   | *(Additional Counsel on next page)* |
| 7 | |
| 8 | GLYNN & FINLEY, LLP |
|   | ADAM FRIEDENBERG, Bar No. 205778 |
| 9 | afriedenberg@glynnfinley.com |
|   | ROBERT C. PHELPS, Bar No. 106666 |
| 10 | bphelps@glynnfinley.com |
|   | LAUREN E. WOOD, Bar No. 280096 |
| 11 | lwood@glynnfinley.com |
|   | One Walnut Creek Center |
| 12 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 13 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 14 | |
|   | Attorneys for Defendants |
| 15 | Valero Energy Corporation and |
|   | Valero Marketing and Supply Company |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:15-cv-05557-RS |
| Plaintiff, | ) ) | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT VALERO ENERGY CORPORATION WITHOUT PREJUDICE** |
| vs. | ) ) | |
| VALERO ENERGY CORPORATION, CST BRANDS, INC., VALERO MARKETING AND SUPPLY COMPANY and CST MARKETING AND SUPPLY COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

- 1 -

JOINT STIPULATION OF DISMISSAL OF DEFENDANT VALERO ENERGY
CORPORATION WITHOUT PREJUDICE

1  *Additional Counsel for Plaintiff and the Proposed Class*

2  ROBBINS GELLER RUDMAN & DOWD LLP
   PATRICK W. DANIELS (190715)
3  patrickd@rgrdlaw.com
   655 West Broadway, Suite 1900
4  San Diego, CA 92101
   Telephone: (619) 231-1058
5  Fax: (619) 231-7423

6  ROBBINS GELLER RUDMAN & DOWD LLP
   STUART A. DAVIDSON (Florida Bar No. 84824)
7  sdavidson@rgrdlaw.com
   *(Appearing Pro Hac Vice)*
8  CHRISTOPHER C. MARTINS
   cmartins@rgrdlaw.com
9  *(Appearing Pro Hac Vice)*
   120 East Palmetto Park Road, Suite 500
10 Boca Raton, FL 33432
   Telephone: (561) 750-3000
11 Fax: (561) 750-3364

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL OF DEFENDANT VALERO ENERGY
CORPORATION WITHOUT PREJUDICE

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff, Faith Bautista, Individually and on Behalf of All Others Similarly Situated, and Defendant Valero Energy Corporation, by and through their respective counsel, hereby stipulate to the voluntary dismissal, without prejudice, of Defendant Valero Energy Corporation, with each party to bear their own attorneys' fees and costs.  As Defendant Valero Energy Corporation has yet to appear or otherwise respond to the complaint, dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 25, 2016

ROBBINS GELLER RUDMAN
   & DOWD LLP
STUART A. DAVIDSON
(Appearing *Pro Hac Vice*)
MARK J. DEARMAN
CHRISTOPHER C. MARTINS


By     /s/ Stuart A. Davidson
   Attorneys for Plaintiff and the Proposed Class

Dated:  February 25, 2016

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
ROBERT C. PHELPS
LAUREN E. WOOD

By     /s/ Adam Friedenberg
   Attorneys for Defendants Valero Energy Corporation and Valero Marketing and Supply Company

**ATTESTATION**

I, Adam Friedenberg, am the ECF User whose ID and password are being used to file this Joint Stipulation of Dismissal of Defendant Valero Energy Corporation Without Prejudice. In compliance with General Order 45, I hereby attest that Stuart A. Davidson has concurred in this filing.

Dated: February 25, 2016

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
ROBERT C. PHELPS
LAUREN E. WOOD

By  /s/ Adam Friedenberg
Attorneys for Defendants Valero Energy Corporation and Valero Marketing and Supply Company