ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON, *pro hac vice*
CHRISTOPHER C. MARTINS, *pro hac vice*
JASON H. ALPERSTEIN, *pro hac vice*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (118690)
JASON A. HOBSON (184134)
725 South Figueroa Street, Suite 3230
Los Angeles, CA  90017
Telephone: 213/235-9190
213/235-9197 (fax)
rbernardino@hbdlegal.com
jhobson@hbdlegal.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:15-cv-05557-RS |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DEADLINE TO AMEND HER COMPLAINT** |
| VALERO ENERGY CORPORATION, et al., ) ) ) | |
| Defendants. ) ) | |

Plaintiff Faith Bautista ("Plaintiff") is required to respond to Defendants Valero Marketing and Supply Company's ("Valero") Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. 31) by March 11, 2016, or to file an amended complaint, pursuant to Rule 15(a)(1)(B), Federal Rules of Civil Procedure, by March 18, 2016. Plaintiff intends to

1  file an amended complaint.  Valero has agreed, and Plaintiff and Valero hereby stipulate, to
2  extend the deadline for Plaintiff to file an amended complaint to April 8, 2016.
3      Plaintiff and Valero further agree that Valero shall have until April 29, 2016 to answer or
4  otherwise respond to Plaintiff's amended complaint.

Dated:  March 10, 2016

>ROBBINS GELLER RUDMAN
>   & DOWD LLP
>STUART A. DAVIDSON
>MARK J. DEARMAN
>CHRISTOPHER C. MARTINS
>
>By     /s/ Stuart A. Davidson
>   Attorneys for Plaintiff and the Proposed
>   Class

Dated:  March 10, 2016

>GLYNN & FINLEY, LLP
>ADAM FRIEDENBERG
>ROBERT C. PHELPS
>LAUREN E. WOOD
>
>By     /s/ Adam Friedenberg
>   Attorneys for Defendant Valero
>   Marketing and Supply Company

### ATTESTATION

I, Stuart A. Davidson, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

>By:     /s/ Stuart A. Davidson
>        Stuart A. Davidson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                United States District Judge