ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON, *pro hac vice*
CHRISTOPHER C. MARTINS, *pro hac vice*
JASON H. ALPERSTEIN, *pro hac vice*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (118690)
JASON A. HOBSON (184134)
725 South Figueroa Street, Suite 3230
Los Angeles, CA  90017
Telephone:  213/235-9190
213/235-9197 (fax)
rbernardino@hbdlegal.com
jhobson@hbdlegal.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:15-cv-05557-RS |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DEADLINE TO AMEND HER COMPLAINT** |
| VALERO ENERGY CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

      Plaintiff Faith Bautista ("Plaintiff") is required to respond to Defendants Valero

Marketing and Supply Company's ("Valero") Motion to Dismiss Plaintiff's Complaint for

Failure to State a Claim (Doc. 31) by March 11, 2016, or to file an amended complaint, pursuant

to Rule 15(a)(1)(B), Federal Rules of Civil Procedure, by March 18, 2016.  Plaintiff intends to

file an amended complaint.  Valero has agreed, and Plaintiff and Valero hereby stipulate, to extend the deadline for Plaintiff to file an amended complaint to April 8, 2016.

Plaintiff and Valero further agree that Valero shall have until April 29, 2016 to answer or otherwise respond to Plaintiff's amended complaint.

Dated:  March 10, 2016

>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>STUART A. DAVIDSON
>MARK J. DEARMAN
>CHRISTOPHER C. MARTINS
>
>By      /s/ Stuart A. Davidson
>Attorneys for Plaintiff and the Proposed Class

Dated:  March 10, 2016

>GLYNN & FINLEY, LLP
>ADAM FRIEDENBERG
>ROBERT C. PHELPS
>LAUREN E. WOOD
>
>By      /s/ Adam Friedenberg
>Attorneys for Defendant Valero Marketing and Supply Company

### ATTESTATION

I, Stuart A. Davidson, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

>By:      /s/ Stuart A. Davidson
>Stuart A. Davidson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  3/10/16                              _____
United States District Judge