1 **AKIN GUMP STRAUSS HAUER & FELD LLP**
ASHLEY VINSON CRAWFORD (SBN 257246)

2 580 California Street, Suite 1500
San Francisco, CA 94104

3 Telephone: 415.765.9500
Facsimile: 415.765.9501

4

5 HYONGSOON KIM (SBN 257019)
kimh@akingump.com

6 2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010

7 Telephone: 310.229.1000
Facsimile: 310.229.1001

8 *Attorneys for CST Brands, Inc. and CST Marketing and*
*Supply Company*

9

10

11     UNITED STATES DISTRICT COURT

     NORTHERN DISTRICT OF CALIFORNIA

12

13     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| FAITH BAUTISTA, individually and on behalf of all others similarly situated, | Case No. 3:15-CV-05557-~~EDL~~ RS |
| *Plaintiff*, | CLASS ACTION |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S DEADLINE TO AMEND HER COMPLAINT** |
| VALERO ENERGY CORPORATION, CST BRANDS, INC., VALERO MARKETING AND SUPPLY COMPANY and CST MARKETING AND SUPPLY COMPANY, | |
| *Defendants*. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants CST Brands, Inc. and CST Marketing and Supply Company ("CST Defendants") are required to respond to Plaintiff Faith Bautista's ("Plaintiff") Complaint on March 18, 2016, and the parties have agreed to exchange initial disclosures on March 18, 2016.

Pursuant to a Stipulation between Plaintiff and defendant Valero Marketing & Supply Company ("Valero M&S") approved by the Court on March 10, 2016 (Doc. 39), Plaintiff intends to file an amended complaint, her deadline to do so is April 8, 2016, and  Valero M&S's answer or response to the amended complaint is due on April 29, 2016.

Therefore, Plaintiff and the CST Defendants agree that the CST Defendants shall also have until April 29, 2016 to answer or otherwise respond to Plaintiff's amended complaint and to provide initial disclosures.


Dated:  March 15, 2016                    ROBBINS GELLER RUDMAN & DOWD LLP


                                          By:_____/s/ *Stuart A. Davidson*_____
                                                     Stuart A. Davidson
                                                *Attorneys for Plaintiff Faith Bautista*

Dated:  March 15, 2016                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                          By:_____/s/ *Ashley Vinson Crawford*_____
                                                   Ashley Vinson Crawford
                                                   Attorneys for Defendants
                                          *Attorneys for CST Brands, Inc. and CST Marketing*
                                                   *and Supply Company*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _3/16/16_____   _____
                                          United States District Judge