| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | STUART A. DAVIDSON |
| 2 | sdavidson@rgrdlaw.com |
| | (Appearing *Pro Hac Vice*) |
| 3 | CHRISTOPHER C. MARTINS |
| | (Appearing *Pro Hac Vice*) |
| 4 | JASON H. ALPERSTEIN |
| | (Appearing *Pro Hac Vice*) |
| 5 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| 6 | Telephone: 561/750-3000 |
| | 561/750-3364 (fax) |
| 7 | |
| 8 | Attorneys for Plaintiff and the Proposed Class |
| | *(Additional Counsel on next page)* |
| 9 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 10 | ASHLEY VINSON CRAWFORD (257246) |
| | avcrawford@akingump.com |
| 11 | 580 California Street, Suite 1500 |
| | San Francisco, CA 94104 |
| 12 | Telephone: 415/ 765-9500 |
| | 415/765-9501 (fax) |
| 13 | |
| | Attorneys for Defendants |
| 14 | CST Brands, Inc. and CST Marketing |
| | and Supply Company |
| 15 | *(Additional Counsel on next page)* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:15-cv-05557-EDL <u>CLASS ACTION</u> |
| Plaintiff, ) ) | |
| vs. ) ) | **JOINT STIPULATION OF DISMISSAL OF DEFENDANTS CST BRANDS, INC.** |
| VALERO ENERGY CORPORATION, et al., ) ) | **AND CST MARKETING AND SUPPLY COMPANY WITHOUT PREJUDICE** |
| Defendants. ) ) | |

1136239_1

JOINT STIPULATION OF DISMISSAL OF DEFENDANTS CST BRANDS, INC.
AND CST MARKETING AND SUPPLY COMPANY WITHOUT PREJUDICE - 3:15-cv-05557-EDL - 1 -

*Additional Counsel for Plaintiff and the Proposed Class*

HOBSON, BERNARDINO & DAVIS LLP
RAFAEL BERNARDINO, JR.
rbernardino@hbdlegal.com
JASON A. HOBSON
jhobson@hbdlegal.com
725 South Figueroa Street, Suite 3230
Los Angeles, CA 90017
Telephone: 213/235-9190
213/235-9197 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK W. DANIELS (190715)
patrickd@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
ROXANA PIERCE
(Appearing *Pro Hac Vice*)
1701 K Street NW, Suite 350
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

*Additional Counsel for Defendants CST Brands, Inc. and CST Marketing and Supply Company*

AKIN GUMP STRAUSS HAUER & FELD LLP
HYONGSOON KIM (2157019)
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone: (949) 885-4100
(949) 885-4101 (fax)

1136239_1

JOINT STIPULATION OF DISMISSAL OF DEFENDANTS CST BRANDS, INC.
AND CST MARKETING AND SUPPLY COMPANY WITHOUT PREJUDICE - 3:15-cv-05557-EDL - 2 -

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Faith Bautista, Individually and on Behalf of All Others Similarly Situated, and Defendants CST Brands, Inc. and CST Marketing and Supply Company, by and through their respective undersigned counsel, hereby stipulate to the voluntary dismissal, without prejudice, of Defendants CST Brands, Inc. and CST Marketing and Supply Company, with each party to bear their own attorneys' fees and costs. As Defendants CST Brands, Inc. and CST Marketing and Supply Company have yet to respond to the complaint, dismissal is pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 11, 2016

ROBBINS GELLER RUDMAN
　& DOWD LLP
STUART A. DAVIDSON
(Appearing *Pro Hac Vice*)

By  s/Stuart A. Davidson
Attorneys for Plaintiff and the Proposed Class

Dated: April 11, 2016

AKIN GUMP STRAUSS HAUER
　& FELD, LLP
ASHLEY VINSON CRAWFORD

By  s/Ashley Vinson Crawford
Attorneys for Defendants CST Brands, Inc. and CST Marketing and Supply Company

**ATTESTATION**

I, Stuart A. Davidson, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from Ashley Vinson Crawford.

By:　　　 s/Stuart A. Davidson
Stuart A. Davidson