UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH BAUTISTA,<br>            Plaintiff,<br>     v.<br>VALERO MARKETING AND SUPPLY COMPANY,<br>            Defendant. | Case No. 15-cv-05557-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 1, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     DISCOVERY.

On or before August 7, 2017, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2.     DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or

set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

   a. On or before August 7, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
   b. On or before September 4, 2017, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
   c. On or before November 6, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. CLASS CERTIFICATION.

   a. On or before May 26, 2017, plaintiff will file his motion for class certification.
   b. On or before July 24, 2017, defendant will file its opposition to class certification.
   c. On or before September 5, 2017, plaintiff will file his reply, if any, to defendant's opposition.
   d. Plaintiff's motion for class certification shall be heard on September 28, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

5. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

6. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

1  **IT IS SO ORDERED**.

3  Dated: September 1, 2016



RICHARD SEEBORG
United States District Judge