```
1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  ROBERT C. PHELPS, Bar No. 106666
   LAUREN E. WOOD, Bar No. 280096
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Defendants
   Valero Energy Corporation and
7  Valero Marketing and Supply Company
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY<br><br>Defendant. | **Case No.** 3:15-cv-05557 RS<br><br>ORDER<br>**STIPULATION REGARDING VALERO MARKETING AND SUPPLY COMPANY'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant Valero Marketing and Supply Company is required to answer or otherwise respond to the Second Amended Complaint by October 7, 2016. Plaintiff has agreed, and the parties hereby stipulate, to extend that deadline to October 21, 2016.

Dated: October 5, 2016

                GLYNN & FINLEY, LLP
                ADAM FRIEDENBERG
                ROBERT C. PHELPS
                LAUREN E. WOOD

                By____/s/ Adam Friedenberg_____
                Attorneys for Defendants Valero Energy
                Corporation and Valero Marketing and
                Supply Company

STIPULATION RE VALERO'S DEADLINE TO RESPOND TO SAC

- 2 -

1  Dated: October 5, 2016

2  ROBBINS GELLER RUDMAN
   & DOWD LLP
3  STUART A. DAVIDSON (Appearing *Pro Hac Vice*)
4  JASON H. ALPERSTEIN (Appearing *Pro Hac Vice*)
5  CHRISTOPHER C. MARTINS (Appearing *Pro Hac Vice*)

   By   /s/ Christopher C. Martins
      Attorneys for Plaintiff and the Proposed Class

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Richard Seeborg]*

Date: 10/5/16

- 2 -
STIPULATION RE VALERO'S DEADLINE TO RESPOND TO SAC