| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | STUART A. DAVIDSON (*pro hac vice*) |
| 3 | CHRISTOPHER GOLD (*pro hac vice*) |
| | JASON H. ALPERSTEIN (*pro hac vice*) |
| 4 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| 5 | Telephone: 561/750-3000 |
| | 561/750-3364 (fax) |
| 6 | sdavidson@rgrdlaw.com |
| | cgold@rgrdlaw.com |
| 7 | jalperstein@rgrdlaw.com |

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (SBN 118690)
JASON A. HOBSON (SBN 184134)
725 South Figueroa Street, Suite 3230
Los Angeles, California 90017
Telephone: 213/235-9190
Fax: 213/235-9190
rbernardino@hbdlegal.com
jhobson@hbdlegal.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>Defendant. | **CASE NO.** 3:15-CV-05557-RS<br>ORDER<br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE AND FOR DEFENDANT TO SUBMIT A REPLY THERETO**<br><br>Accompanying Documents:<br><br>1. Declaration of Christopher Gold |

1294820_1

Pursuant to L.R. 6-2, Plaintiff Faith Bautista ("Plaintiff") and Defendant Valero Marketing and Fuel Supply ("Valero") respectfully submit this stipulated request for an order extending the time for Plaintiff to file an opposition to Valero's Objections to Evidence Submitted In Support of Plaintiff's Motion for Class Certification and Appointment of Class Counsel and Motion To Strike, Dkt. No. 100 ("Motion"), and the time for Valero to submit a reply thereto.

Valero filed its motion on July 24, 2017. Under L.R. 7-1, Plaintiff's opposition to the Motion is due on August 7, 2017, and Valero's reply thereto is due on August 14, 2017. The parties have met-and-conferred, and Valero does not oppose a one-week extension of Plaintiff's deadline to file an opposition to the Motion, subject to a corresponding one-week extension of the deadline for Valero to file a reply to Plaintiff's opposition.

Thus, the parties respectfully submit this stipulated request to extend the deadline for Plaintiff to file an opposition to the Motion to August 14, 2017, and to extend the deadline for Valero to file a reply to Plaintiff's opposition to August 28, 2017.

**SO STIPULATED.**

Dated: August 3, 2017

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER GOLD (*pro hac vice*)
JASON ALPERSTEIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: 561/750-3000
Fax: 561/750-3364

By: _____*/s/ Christopher Gold*_____
Christopher Gold

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (SBN 118690)
JASON A. HOBSON (SBN 184134)
725 South Figueroa Street, Suite 3230
Los Angeles, California 90017
Telephone: 213/235-9190
Fax: 213/235-9197

***Attorneys for Plaintiff and the Proposed Class***

| | |
|---|---|
| Dated: August 4, 2017 | GLYNN & FINLEY, LLP<br>ADAM FRIEDENBERG<br>ROBERT C. PHELPS<br>LAUREN E. WOOD<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Telephone: 925/ 210-2800<br>Fax: 925/ 945-1975 |
| | By: _*/s/Adam Friedenberg*_<br>Adam Friedenberg |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/4/17

Richard Seeborg
United States District Court Judge