| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | STUART A. DAVIDSON (*pro hac vice*) |
| 3 | CHRISTOPHER C. GOLD (*pro hac vice*) |
| | JASON H. ALPERSTEIN (*pro hac vice*) |
| 4 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| 5 | Telephone: 561/750-3000 |
| | 561/750-3364 (fax) |
| 6 | sdavidson@rgrdlaw.com |
| | cgold@rgrdlaw.com |
| 7 | jalperstein@rgrdlaw.com |
| 8 | HOBSON, BERNARDINO & DAVIS, LLP |
| 9 | RAFAEL BERNARDINO, JR. (SBN 118690) |
| | JASON A. HOBSON (SBN 184134) |
| 10 | 725 South Figueroa Street, Suite 3230 |
| | Los Angeles, California 90017 |
| 11 | Telephone: 213/235-9190 |
| | Fax: 213/235-9190 |
| 12 | rbernardino@hbdlegal.com |
| | jhobson@hbdlegal.com |
| 13 | Attorneys for Plaintiff and the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>   v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>            Defendant. | Case No. 3:15-CV-05557-RS<br>ORDER<br>**STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN THE COURT'S FURTHER CASE MANAGEMENT SCHEDULING ORDER**<br><br>Accompanying Documents:<br><br>1. Declaration of Christopher C. Gold |

1351412_1

Pursuant to L.R. 6-2, Plaintiff Faith Bautista ("Plaintiff") and Defendant Valero Marketing and Fuel Supply ("Valero") respectfully submit this stipulated request for an Order changing certain deadlines in the Court's Further Case Management Scheduling Order (ECF No. 128, the "Order").

During the Case Management Conference on November 9, 2017, the Court urged the parties to make an attempt at alternative dispute resolution well before the August 4, 2018 deadline set in the Order. The parties thereafter began mediation discussions, and, on December 4, 2017, the parties filed a supplemental case management report, ECF No. 129, to advise the Court that, in light of the ongoing mediation discussions, the parties intended to hold class notice in abeyance pending mediation (although the Order did not set a class notice deadline).

The parties ultimately scheduled private mediation to be held on February 28, 2018. If the mediation is successful in resolving this case, it will become unnecessary for the parties to conduct expert discovery, as provided in the Order. To meet the current expert witness deadlines in the Order, however, the parties would have to begin expending resources on expert discovery immediately. Thus, in order to conserve the resources of the parties and the certified Class, the parties respectfully request that the expert witness deadlines in the Order be changed as follows:

- On or before May 22, 2018, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
- On or before June 22, 2018, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
- On or before July 30, 2018, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

Because the aforementioned modifications could impact any pretrial motions that may be filed if mediation is unsuccessful, the parties further respectfully request that the last day for hearing on pretrial motions in the Order be changed from June 14, 2018 to August ~~13~~ 16, 2018 (provided that the parties remain free to bring motions for hearing sooner than August ~~13~~ 16, 2018).

The parties do not believe that the requested modifications will affect the other dates set in the Order.

1351412_1

STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN THE COURT'S FURTHER CASE MANAGEMENT SCHEDULING ORDER – Case No. 3:15-CV-05557-RS

- 2 -

**SO STIPULATED.**

Dated: January 16, 2018

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
JASON ALPERSTEIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: 561/750-3000
Fax: 561/750-3364

By: */s/ Christopher C. Gold*
Christopher C. Gold

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (SBN 118690)
JASON A. HOBSON (SBN 184134)
725 South Figueroa Street, Suite 3230
Los Angeles, California 90017
Telephone: 213/235-9190
Fax: 213/235-9197

*Attorneys for Plaintiff and the Class*

Dated: January 16, 2018

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
ROBERT C. PHELPS
LAUREN E. WOOD
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: 925/ 210-2800
Fax: 925/ 945-1975

By: */s/ Adam Friedenberg*
Adam Friedenberg

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/16/18

Richard Seeborg
United States District Court Judge

1351412_1

STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN THE COURT'S
FURTHER CASE MANAGEMENT SCHEDULING ORDER – Case No. 3:15-CV-05557-RS   - 3 -