| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>STUART A. DAVIDSON (*pro hac vice*)<br>CHRISTOPHER C. GOLD (*pro hac vice*)<br>JASON H. ALPERSTEIN (*pro hac vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>sdavidson@rgrdlaw.com<br>cgold@rgrdlaw.com<br>jalperstein@rgrdlaw.com | HOBSON, BERNARDINO & DAVIS, LLP<br>RAFAEL BERNARDINO, JR. (SBN 118690)<br>JASON A. HOBSON (SBN 184134)<br>725 South Figueroa Street, Suite 3230<br>Los Angeles, California 90017<br>Telephone: 213/235-9190<br>Fax: 213/235-9190<br>rbernardino@hbdlegal.com<br>jhobson@hbdlegal.com |

Attorneys for Plaintiff and the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>               Defendant | Case No. 3:15-cv-05557-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |

1458650_1

Before the Court is Plaintiff's Renewed Motion for Approval of Class Notice Plan (the "Motion"). After considering the submission, the Court finds that the proposed method of providing notice to the certified Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process. The Court GRANTS the Motion and directs the parties to implement the Notice Plan as set forth in Plaintiff's Motion and as follows:

1. Garden City Group, LLC ("Notice Administrator") is appointed and authorized to supervise and administer the Notice Plan. The Notice Administrator shall execute its plan as proposed in the Declaration of Shandarese Garr Regarding Proposed Notice Plan ("Garr Declaration") and the Supplemental Declaration of Shandarese Garr ("Supplemental Garr Declaration").

2. Within 15 calendar days of entry of this Order, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Garr Declaration and the Supplemental Garr Declaration; and (2) cause the full-length Notice of Pendency of Class Action ("Notice"), revised service station list, relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website. The Notice Administrator shall also take reasonable measures, including online targeted advertising, as described in the Garr Declaration and Supplemental Garr Declaration, to maximize the number of relevant visitors to the case website. Class Counsel shall cause the full-length Notice, as well as a link to the case website, to be available on its websites: www.rgrdlaw.com and www.hbdlegal.com.

3. The case website and Notice shall provide an address for the purpose of receiving requests for exclusion from the Class and requests for copies of the Notice. In addition, the case website shall include a form to request exclusion from the Class. The Notice Administrator shall identify and number all exclusion requests received and create images of those requests for counsel for Plaintiff and Defendant. The Notice Administrator shall maintain original exclusion requests in its files. The Notice Administrator shall provide, via email, weekly reports of exclusion requests received to counsel for Plaintiff and Defendant, as set forth below:

| Counsel for Plaintiff Faith Bautista: | | |
|---|---|---|
| Stuart A. Davidson<br>Christopher C. Gold<br>Jason H. Alperstein | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL  33432 | sdavidson@rgrdlaw.com<br>cgold@rgrdlaw.com<br>jalperstein@rgrdlaw.com |

| Counsel for Defendant Valero Marketing and Supply Company: | | |
|---|---|---|
| Gerald E. Hawxhurst<br>David S. Harris<br>Sharon G. Gelbart | CRONE HAWXHURST LLP<br>11111 Santa Monica Blvd.<br>Suite 620<br>Los Angeles, CA  90025 | jerry@cronehawxhurst.com<br>dharris@cronehawxhurst.com<br>sgelbart@cronehawxhurst.com |
| Adam Friedenberg<br>Robert C. Phelps<br>Lauren E. Wood | GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA  94596 | afriedenberg@glynnfinley.com<br>bphelps@glynnfinley.com<br>lwood@glynnfinley.com |

4. The requests for exclusion from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 90 days after the Notice date.

5. Within five calendar days following the deadline for requesting exclusion, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the exclusion requests that it has received.

6. Within ten calendar days following the deadline for requesting exclusion, counsel for Plaintiff and the Class shall file all such requests with the Court.

7. Subject to potential reimbursement, the costs of notice shall be borne by Class Counsel.

IT IS SO ORDERED.

DATED: 8/15/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | Submitted by: |
| 2 | ROBBINS GELLER RUDMAN <br>    & DOWD LLP |
| 3 | STUART A. DAVIDSON* <br> CHRISTOPHER C. GOLD* |
| 4 | JASON H. ALPERSTEIN* |
| 5 |      *s/ Christopher C. Gold* <br>        CHRISTOPHER C. GOLD |
| 6 | |
| 7 | 120 East Palmetto Park Road, Suite 500 <br> Boca Raton, FL  33432 |
| 8 | Telephone:  561/750-3000 <br> 561/750-3364 (fax) |
| 9 | HOBSON, BERNARDINO + DAVIS LLP |
| 10 | RAFAEL BERNARDINO, JR. <br> JASON A. HOBSON |
| 11 | 725 South Figueroa Street, Suite 3230 <br> Los Angeles, CA  90017 |
| 12 | Telephone:  213/235-9190 <br> 213/235-9190 (fax) |
| 13 | ROBBINS GELLER RUDMAN <br>    & DOWD LLP |
| 14 | ROXANA PIERCE* |
| 15 | 1701 K Street NW, Suite 350 <br> Washington, DC  20036 |
| 16 | Telephone:  202/822-6762 <br> 202/828-8528 (fax) |
| 17 | ***Attorneys for Plaintiff and the Class*** |
| 18 | * = appearance *pro hac vice* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |