ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
JASON H. ALPERSTEIN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
jalperstein@rgrdlaw.com
edwoskin@rgrdlaw.com

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (118690)
JASON A. HOBSON (184134)
725 South Figueroa Street, Suite 3230
Los Angeles, CA  90017
Telephone:  213/235-9190
213/235-9197 (fax)
rbernardino@hbdlegal.com
jhobson@hbdlegal.com

Attorneys for Plaintiff and the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>                              Defendant. | Case No. 3:15-cv-05557-RS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF ROBERT R. HENSSLER, JR. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert R. Henssler, Jr. enters his appearance as counsel for Plaintiff Faith Bautista. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address and other contact information are as follows:

> ROBERT R. HENSSLER, JR.
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101
> Telephone:  619/231-1058
> 619/231-7423 (fax)
> bhenssler@rgrdlaw.com

DATED:  November 9, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP

*s/ Robert R. Henssler, Jr.*
ROBERT R. HENSSLER, JR.
(Bar No. 216165)

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
JASON H. ALPERSTEIN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

NOTICE OF APPEARANCE OF ROBERT R. HENSSLER, JR. - 3:15-cv-05557-RS    - 1 -

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | ROXANA PIERCE |
| | 905 16th Street, N.W., Suite 303 |
| 3 | Washington, DC  20006 |
| | Telephone:  202/822-6762 |
| 4 | 202/828-8528 (fax) |
| 5 | HOBSON, BERNARDINO & DAVIS, LLP |
| | RAFAEL BERNARDINO, JR. |
| 6 | JASON A. HOBSON |
| | 725 South Figueroa Street, Suite 3230 |
| 7 | Los Angeles, CA  90017 |
| | Telephone:  213/235-9190 |
| 8 | 213/235-9197 (fax) |
| 9 | Attorneys for Plaintiff and the Class |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      *s/ Robert R. Henssler, Jr.*
    ROBERT R. HENSSLER, JR.

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: bhenssler@rgrdlaw.com