Gerald E. Hawxhurst (Bar No. 220329)
  jerry@cronehawxhurst.com
David S. Harris (Bar No. 255557)
  dharris@cronehawxhurst.com
Sharon G. Gelbart (Bar No. 280760)
  sgelbart@cronehawxhurst.com
Kyle Foltyn-Smith (Bar No. 307835)
  kfoltyn-smith@cronehawxhurst.com
CRONE HAWXHURST LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Defendant
Valero Marketing and Supply Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA,<br><br>              Plaintiff,<br>     v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>              Defendant. | Case No.: 3:15-cv-05557-RS<br><br>**NOTICE OF APPEARANCE OF KYLE FOLTYN-SMITH FOR DEFENDANT VALERO MARKETING AND SUPPLY COMPANY**<br><br>The Honorable Richard Seeborg |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:

3      PLEASE TAKE NOTICE THAT Kyle Foltyn-Smith, an attorney with the
4  firm of Crone Hawxhurst LLP, hereby enters an appearance in this matter as an
5  additional attorney of record for Defendant Valero Marketing and Supply Company.
6  Mr. Foltyn-Smith is a member of the State Bar of California and is admitted to
7  practice before this Court.  His contact information is as follows:

> Kyle Foltyn-Smith
> kfoltyn-smith@cronehawxhurst.com
> CRONE HAWXHURST LLP
> 11111 Santa Monica Blvd., Ste. 620
> Los Angeles, CA 90025
> Telephone:  (310) 893-5150
> Facsimile:   (310) 893-5195

DATED:  November 20, 2018        CRONE HAWXHURST LLP

                                 By       */s/ Kyle Foltyn-Smith*
                                     Gerald E. Hawxhurst
                                     David S. Harris
                                     Sharon G. Gelbart
                                     Kyle Foltyn-Smith
                                     Attorneys for Defendant
                                     Valero Marketing and Supply Company