Gerald E. Hawxhurst (Bar No. 220329)
  jerry@hawxhurstllp.com
David S. Harris (Bar No. 255557)
  david@hawxhurstllp.com
Sharon G. Gelbart (Bar No. 280760)
  sharon@hawxhurstllp.com
Kyle Foltyn-Smith (Bar No. 307835)
  kyle@hawxhurstllp.com
HAWXHURST HARRIS LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Defendant
Valero Marketing and Supply Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA,<br><br>            Plaintiff,<br>    v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>            Defendant. | Case No.: 3:15-cv-05557-RS<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>The Honorable Richard Seeborg |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, as of January 1, 2019, counsel for Defendant Valero Marketing and Supply Company, will be changing its firm name to Hawxhurst Harris LLP.  The firm's mailing address and phone numbers will remain the same, but our website has been changed to www.hawxhurstllp.com, and our email addresses have been updated as follows:

Gerald E. Hawxhurst: jerry@hawxhurstllp.com
David S. Harris: david@hawxhurstllp.com
Sharon G. Gelbart: sharon@hawxhurstllp.com
Kyle Foltyn-Smith: kyle@hawxhurstllp.com

Accordingly, our contact information is now:

Hawxhurst Harris LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025
T: (310) 893-5150
F: (310) 893-5195
www.hawxhurstllp.com

DATED:  December 31, 2018     HAWXHURST HARRIS LLP

By_____*/s/ Gerald E. Hawxhurst*_____
Gerald E. Hawxhurst
David S. Harris
Sharon G. Gelbart
Kyle Foltyn-Smith
Attorneys for Defendant
Valero Marketing and Supply Company