UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAITH BAUTISTA, Individually and Behalf of All Others Similarly Situated, Plaintiff-Petitioner, v. VALERO MARKETING AND SUPPLY COMPANY, Defendant-Respondent. | No. 19-80018 D.C. No. 3:15-cv-05557-RS Northern District of California, San Francisco ORDER |

Before: N.R. SMITH and FRIEDLAND, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's December 4, 2018 order decertifying the class in this case. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).