ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
JASON H. ALPERSTEIN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
jalperstein@rgrdlaw.com
edwoskin@rgrdlaw.com

HOBSON, BERNARDINO & DAVIS, LLP
RAFAEL BERNARDINO, JR. (118690)
JASON A. HOBSON (184134)
725 South Figueroa Street, Suite 3230
Los Angeles, CA 90017
Telephone: 213/235-9190
213/235-9197 (fax)
rbernardino@hbdlegal.com
jhobson@hbdlegal.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>               Defendant. | Case No. 3:15-cv-05557-RS<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | Plaintiff Faith Bautista and Defendant Valero Marketing and Supply Company |
| 2 | (collectively, the "Parties"), respectfully notify the Court that, following three in-person mediation |
| 3 | sessions on March 27, 2018, November 29, 2018, and October 29, 2019, along with several days |
| 4 | of additional telephone conferences and email communications, all under the auspices of mediator |
| 5 | Cathy Yanni of JAMS, the Parties have agreed in principle, subject to the preparation and execution |
| 6 | of a Settlement Agreement, to settle the above-captioned matter and have prepared a non-binding |
| 7 | Term Sheet memorializing material terms of that understanding, which is all subject to Court |
| 8 | approval. |
| 9 | The Parties will work diligently to prepare and file a motion to notice the Class under Rule |
| 10 | 23(e)(1) of the Federal Rules of Civil Procedure. A fully executed Settlement Agreement and forms |
| 11 | of notice will be exhibits to that motion. |

Respectfully submitted,

DATED: January 2, 2020         ROBBINS GELLER RUDMAN & DOWD LLP


By: /s/ Christopher C. Gold
    Stuart A. Davidson
    Christopher C. Gold
    Jason H. Alperstein
    Attorneys for Plaintiff
    Faith Bautista and the Class


DATED: January 2, 2020         HAWXHURST HARRIS LLP


By: /s/ Gerald E. Hawxhurst
    Gerald E. Hawxhurst
    David S. Harris
    Sharon G. Gelbart
    Attorneys for Defendant
    Valero Marketing and Supply Company

## ATTESTATION

I, Christopher C. Gold, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

DATED: January 2, 2020          By: */s/ Christopher C. Gold*
                                     Christopher C. Gold

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 2, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

By: */s/ Christopher C. Gold*
Christopher C. Gold