Gerald E. Hawxhurst (Bar No. 220329)
  jerry@hawxhurstllp.com
David S. Harris (Bar No. 255557)
  david@hawxhurstllp.com
HAWXHURST HARRIS LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:   (310) 893-5150
Facsimile:    (310) 893-5195

Attorneys for Defendant
Valero Marketing and Supply Company

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH BAUTISTA,<br><br>              Plaintiff,<br>    v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>              Defendant. | Case No.: 3:15-cv-05557-RS<br><br>**NOTICE RE: IMPLEMENTATION OF CAFA NOTICE**<br><br>Date:   November 5, 2020<br>Time:   1:30 p.m.<br>Courtroom:  3 – 17th Floor<br><br>The Honorable Richard Seeborg |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, after plaintiff Faith Bautista filed her Unopposed Motion for Preliminary Approval of Class Action Settlement on September 30, 2020 (Dkt. No. 279), defendant Valero Marketing and Supply Company ("Valero") directed Epiq Class Action & Claims Solutions, Inc. ("Epiq") to implement and provide notice pursuant to the Class Action Fairness Act ("CAFA notice").

As shown in the attached Declaration of Stephanie J. Fiereck, Epiq timely implemented CAFA notice on October 7, 2020, sending notice (and all of the required documents) to the Attorneys General of the United States, each of the 50 states, the District of Columbia and the United States Territories.  (Fiereck Decl. (Ex. A) ¶¶ 7-8); see also 28 U.S.C. § 1715(b) (notice to the appropriate officials must be sent "[n]ot later than 10 days after a proposed settlement of a class action is filed in court").

Respectfully submitted on October 8, 2020.

HAWXHURST HARRIS LLP


By    /s/ David S. Harris
      Gerald E. Hawxhurst
      David S. Harris
      Attorneys for Defendant
      Valero Marketing and Supply Company

HAWXHURST HARRIS LLP
11111 SANTA MONICA BOULEVARD, SUITE 620
LOS ANGELES, CALIFORNIA 90025
Tel: (310) 893-5150 • Fax: (310) 893-5195

1
NOTICE RE: IMPLEMENTATION OF CAFA NOTICE                    Case No.: 3:15-cv-05557-RS

EXHIBIT A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAITH BAUTISTA,<br><br>              Plaintiff,<br>vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br><br>              Defendant. | Case No. 15-cv-05557-RS |

## DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1. My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3. Epiq is a firm with more than 20 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5. At the direction of counsel for the Defendant Valero Marketing and Supply Company, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6. Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7. On October 7, 2020, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories. The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Certified Mail and UPS) is included hereto as **Attachment 1**.

8. The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included hereto as **Attachment 2**.

9. The cover letter was accompanied by a CD, which included the following:

  A. Class Action Complaint and Class Action Amended Complaints (Dkt Nos. 1,42 and 69);

  B. Order Granting Motion to Decertify Class (Dkt 248);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

C. Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support (Dkt 279);

D. Class Action Settlement Agreement and Release (with exhibits) (Dkt 279-1);

- Exhibit A – [Proposed] Final Judgment and Order of Dismissal with Prejudice;
- Exhibit B – [Proposed] Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement; and
- Exhibit B1 & B2 – Forms of Notices.

E. Declaration of Christopher C. Gold in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-2);

F. Declaration of Faith Bautista in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-3);

G. Declaration of Charles Pettibon in Support of Notice and Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-4);

H. Declaration of Cathy Yanni (Dkt 279-5); and

I. Declaration of Cameron R. Azari, Esq., on Proposed Settlement Notice Plan (Dkt 279-6).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2020.

Stephanie J. Fiereck, Esq.

# Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | William Barr | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Kevin G Clarkson | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St. NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 25 Market Street | P.O. Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Mitzie Jessop Taase | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Ines Carrau Martinez | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

# Attachment 2

NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

October 7, 2020

**VIA UPS OR USPS CERTIFIED MAIL**

> **Class Action Fairness Act – Notice to Federal and State Officials**

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information from Defendant Valero Marketing and Supply Company relating to the proposed settlement of a class action lawsuit.

- **Case:**  Bautista v. Valero Marketing and Supply Company, Case No. 3:15-cv-05557-RS.

- **Court:**  United States District Court Northern District of California, San Francisco Division.

- **Defendant:**  Valero Marketing and Supply Company.

- **Judicial Hearing Scheduled:**  The Preliminary Approval Hearing is scheduled for November 5, 2020 at 1:30 p.m. The Court has not set a hearing date or time for the Final Approval Hearing.  These matters may be continued or set without further notice.

- **Documents Enclosed:**  Copies of the following documents are contained on the enclosed CD:

    1. Class Action Complaint and Class Action Amended Complaints (Dkt Nos. 1,42 and 69);

    2. Order Granting Motion to Decertify Class (Dkt 248);

    3. Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support (Dkt 279);

    4. Class Action Settlement Agreement and Release (with exhibits) (Dkt 279-1);

        - Exhibit A – [Proposed] Final Judgment and Order of Dismissal with Prejudice;

        - Exhibit B – [Proposed] Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement; and

        - Exhibit B1 & B2 – Forms of Notices.

    5. Declaration of Christopher C. Gold in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-2);

    6. Declaration of Faith Bautista in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-3);

NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

7. Declaration of Charles Pettibon in Support of Notice and Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt 279-4);

8. Declaration of Cathy Yanni (Dkt 279-5);

9. Declaration of Cameron R. Azari, Esq., on Proposed Settlement Notice Plan (Dkt 279-6)

As stated in the Settlement Agreement, Valero does not own, operate, or manage the Valero-branded gas stations and does not meaningfully control the branded stations' pricing, etc. Although the proposed settlement concerns branded stations in California, it is not feasible for Valero to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement or an estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

Very truly yours,

Notice Administrator


Enclosures